UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MARLON JAMES PETTIEWAY**    **DOCKET NO. 2:23-cv-0352**
                                                    **SECTION P**

**VERSUS**    **JUDGE JAMES D. CAIN, JR.**

**SUPERVISOR KERRY, ET AL**    **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' Motion to Dismiss (doc. 31) be **DENIED**.

**THUS DONE AND SIGNED** in chambers this 28th day of February, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE