# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **MARLON JAMES PETTIEWAY** | **DOCKET NO. 2:23-cv-0352 SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SUPERVISOR KERRY, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' Motion for Summary Judgment (doc. 37) be **GRANTED,** and the instant matter be **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 10th day of October, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**